B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF PUERTO RICO

In re MARIA TERESA RIVERA ROSA     Case No. 23-02979

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Quantum3 Group LLC as agent for Sadino Funding LLC | PENFED CREDIT UNION |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Phone: (425) 242-7100 | Court Claim # (if known): 1<br>Amount of Claim: 14,804.93<br>Date Claim Filed: 10/18/2023<br><br><br>Phone: |
| Last Four Digits of Acct #: 3702 | Last Four Digits of Acct #: 3702 |
| Name and Address where transferee payments should be sent (if different from above):<br>Quantum3 Group LLC<br>PO Box 2489<br>Kirkland, WA 98083-2489 | |
| Phone: (425) 242-7100<br>Last Four Digits of Acct #: 3702 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alex Williams                          Date: 01/23/2024
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*