IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

MARIA TERESA RIVERA ROSA

xx-xx-1457

Debtor(s)

CASE NO. 23-02979-MCF13

Chapter 13

FILED & ENTERED ON APR/30/2026

ORDER

The motion in response to Trustee's position filed by Debtor (docket #39) is Noted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of April, 2026.

Mildred Caban
Mildred Caban Flores
United States Bankruptcy Judge